# Unclaimed Funds

Entered 3/10/2021 to 3/10/2021

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 15-13966 -fjb 20586493 | STELLA TUCKER<br>165 GREEN ST<br>MELROSE, MA 02176<br>02176 | 726.50 | 03/10/2021 |
| 15-15044 -msh 19656893 | Platinum Vinyl Company, LLC<br>595 Trabold Road<br>Rochester, NY 14624 | 254.12 | 03/10/2021 |
| 16-10079 -msh 19662279 | CACV<br>4340 S. MONACO ST.<br>Denver, CO 80210<br>80210 | 79.37 | 03/10/2021 |
| 16-10284 -msh 19703513 | Liberty Utilites<br>36 Fifth Street<br>Fall River, MA 02721<br>02721 | 17.41 | 03/10/2021 |
| 17-12559 -fjb 20586494 | FRANK BARBOSA<br>42 EVERETT ST<br>MEDFORD, MA 01255<br>01255 | 17.63 | 03/10/2021 |
| 17-13124 -msh 20586495 | EVERETT & TINA MARQUES<br>10 BANNER AVE<br>WESTPORT, MA 02790<br>02790 | 20.00 | 03/10/2021 |
| 19-13305 -msh 20586496 | MICHAEL DRISCOLL<br>22 DEXTER RD<br>FOXBORO, MA 02035<br>02035 | 8.70 | 03/10/2021 |
| 19-14218 -fjb 20586497 | HELEN HENRY<br>96 ST MARKS RD<br>DORCHESTER, MA 02124<br>02124 | 6.64 | 03/10/2021 |

| | | | |
|---|---|---|---|
| 20-10533 -jeb<br>20586498 | JENNIFER THOMAS<br>141 TIMBERLANE DR<br>MASHPEE, MA 02649<br>02649 | 5,128.19 | 03/10/2021 |

**Grand Total: 6,258.56**